1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant BRYANT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00031 CW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING |
| | ) | STATUS/TRIAL SETTING DATE |
| | ) | |
| FRANKLIN BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status/trial setting date in this case, currently scheduled for Wednesday, May 2, 2007, at 2:00 p.m. before Honorable Judge Claudia Wilken, may be continued to Wednesday, May 30, 2007, at 2:30 p.m. for status or trial setting. The status of the case is that defense counsel was waiting for copies of the hard drive of the lap top computer and Blackberry device which were used by one of alleged victims in the case. Defense counsel just received a copy the hard drive as well as the forensic report but needs time to examine this information with a computer expert. In addition, counsel understands that audio cassettes and a transcript of the alleged victim's testimony are also being provided.

1  Should the Court continue the matter to May 30, 2007, it should allow adequate time for counsel to
2  review the latest discovery and prepare for the status or trial setting hearing.     The parties stipulate
3  that the time from May 2, 2007, to May 30, 2007, should be excluded in accordance with the
4  provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation
5  and continuity of counsel.

7  DATED:   May 2, 2007                    /S/
                                        _____
8                                        JOYCE LEAVITT
                                        Assistant Federal Public Defender

10 DATED:   May 2, 2007                    /S/
                                        _____
11                                       MICHELLE MORGAN-KELLY
                                        Assistant United States Attorney

**SIGNATURE ATTESTATION**
   I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

26                                    **ORDER**

STIP. CONTINUING
STATUS/TRIAL SETTING DATE            - 2 -

1    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or trial setting date in this case, currently scheduled for May 2, 2007, at 2:00 p.m. shall be continued to May 30, 2007, at 2:00 p.m. for status or trial setting.

IT IS FURTHER ORDERED that the time from May 2, 2007, to May 30, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel to allow defense counsel to review the additional discovery which just has been provided and which the government has indicated is forthcoming. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:   5/2/07                    _____
                                   HONORABLE CLAUDIA WILKEN
                                   United States District Judge

STIP. CONTINUING
STATUS/TRIAL SETTING DATE            - 3 -