BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant BRYANT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>FRANKLIN J. BRYANT,<br><br>             Defendant. | No. CR 07-00031 CW<br><br>STIPULATION AND ORDER FOR<br>CONTINUANCE OF SENTENCING<br>DATE |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Wednesday, November 14, 2007, at 2:00 p.m., before Honorable Judge Claudia Wilken, may be continued to Wednesday, December 5, 2007, at 2:00 p.m. for sentencing.  The reason for the requested continuance is that defense counsel needs additional time to complete her investigation and file a sentencing memorandum one week prior to sentencing.  In addition, counsel just received a copy of the government's memorandum and would like time to respond to any outstanding issues raised by the government's memorandum.  Counsel understands that the Court is not available on November 21, 2007 and the government is not available on

1  November 28, 2007.  If the Court continues sentencing to December 5, 2007, both parties will be
2  available and counsel will have had time to complete the investigation and file a sentencing
3  memorandum on behalf of Mr. Bryant prior to sentencing.  Counsel has spoken to United States
4  Probation Officer Christina Carrubba who has no objection to the requested continuance to
5  December 5, 2007.

6
7
8  DATED: 11/13/07                        _____/S/_____
                                          JOYCE LEAVITT
9                                         Assistant Federal Public Defender
10
11 DATED: 11/13/07                        _____/S/_____
                                          KESLIE STEWART
12                                        Assistant United States Attorney
13
   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
14 "conformed" signature (/S/) within this e-filed document.
15
16                                    **ORDER**
17     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this
18 case, previously scheduled for Wednesday, November 14, 2007, at 2:00 p.m., before Honorable
19 Claudia Wilken, may be continued to Wednesday, December 5, 2007, at 2:00 p.m. for sentencing.
20
21     SO ORDERED.
22 DATED:  November 13, 2007            _Claudia Wilken_____
                                          HONORABLE CLAUDIA WILKEN
23                                        United States District Judge
24
25
26

*United States v. Bryant*, CR 07-00031 CW
STIP. CONTINUING SENTENCING            - 2 -