United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN BRYANT,<br><br>Defendant. | Case No.: CR 07-00031-CW-1 (KAW)<br><br>ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING |

On January 22, 2013, a hearing was held on the Government's motion to detain Defendant Franklin Bryant pending his supervised release violation hearing. Defendant was present and in custody, and represented by Assistant Public Defender Joyce Leavitt. Assistant United States Attorney Keslie Stewart appeared on behalf of the Government. Probation Officer Sonia Lapizco was also present.

At the hearing, Defendant waived the timing of his right to proffer information at a detention hearing, waived findings, and also waived his right to a preliminary hearing on his probation revocation under Federal Rule of Criminal Procedure 32.1, while retaining his right to seek release at a later hearing should his circumstances change.

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3143 without prejudice to raising relevant information at a later hearing, the Court orders that the detention hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on

DETENTION ORDER
CR 07-00031-CW-1 (KAW)                                1

1  request of an attorney for the Government, the person in charge of the corrections facility in
2  which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of
3  an appearance in connection with a court proceeding.
4      IT IS SO ORDERED.

6  DATED: January 22, 2013

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge

DETENTION ORDER
CR 07-00031-CW-1 (KAW)                2