IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN BRYANT,<br><br>Defendant. | **Case No.:** CR 07–0031 AMO<br><br>[~~PROPOSED~~] **ORDER RE: CONVERT JULY 13, 2026, STATUS HEARING TO ADMISSION AND DISPOSITION HEARING** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing currently set by the magistrate judge for July 13, 2026, at 2:00 p.m., before the Honorable Judge Araceli Martínez-Olguín, is hereby converted to an admission and disposition hearing on July 13, 2026, at 2:00 p.m. The parties SHALL file disposition memorandums no later than 12:00 p.m. on Wednesday, July 8, 2026.

IT IS SO ORDERED.

Dated:      7/6/2026

HON.  ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

[~~PROPOSED~~] ORDER STIP & PROPOSED ORDER TO CONVERT 7.13.26 STATUS HRG TO ADMISSION & DISPOSITION
*BRYANT*, CR 07–0031 AMO

1